UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

26 cr 357-03 (JGK)

HAROLD STEVENSON,

Defendant.
-------------------------------------------------------------X

The Government, via letter of September 4, 2026, appeals Magistrate Judge Barbara M. Moses's ruling of August 28, 2026, granting bail for the defendant, Harold Stevenson.

The defendant shall submit a response to the Government's letter by **September 10, 2026.** Pretrial Services shall submit an updated Pretrial Services Report by **September 14, 2026.**

**The parties will be heard following the conference scheduled for Wednesday, September 16, 2026, at 12:30pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 8, 2026.