UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

HAROLD STEVENSON,
Defendant.
-----------------------------------------------------------X

26 cr 357 (JGK)

**ORDER OF REMAND and MEDICAL ORDER**

For the reasons stated, today, the bail set by the magistrate judge on August 28, 2026, for the defendant, Harold Stevenson, is hereby vacated. The defendant, Harold Stevenson, is remanded to the custody of the Bureau of Prisons and United States Marshal, pending trial.

The Court requests that the defendant Harold Stevenson's physical and medical conditions be addressed by the Bureau of Prisons and the Metropolitan Detention Center.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 16, 2026